In the Matter of the Application of ANDREW J. COOKE, as Executor of MARTHA FRIES, Deceased, Appellant and Respondent, to Compel EDWIN D. HAMLIN, Respondent and Appellant, to Pay over Certain Moneys.

*Matter of Cooke*, 137 App. Div. 892, affirmed.
(Argued April 27, 1910; decided May 17, 1910.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 4, 1910, modifying and affirming as modified a proceeding to compel an attorney to pay over moneys.

*Paul A. Katske* and *S. Leighton Frooks* for Andrew J. Cooke, appellant and respondent.

*Charles La Rue* for Edwin D. Hamlin, respondent and appellant.

Order affirmed, without costs ; no opinion.
Concur·: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

In the Matter of the Application of FRANCIS P. COUGHLIN, Appellant, to Review the Action of Inspectors of a Primary Election in the Thirteenth Assembly District of the City and County of New York.

JOHN F. CURRY et al., Respondents.

*Matter of Coughlin*, 137 App. Div. 283, affirmed.
(Submitted April 27, 1910; decided May 17, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1910, which affirmed an order of Special Term denying the application herein.

*Edward A. Alexander* for appellant.

*Robert L. Luce* and *Ellwood M. Rabenold* for respondents.

Order affirmed, with costs, on opinion of SCOTT, J., below.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and HISCOCK, JJ.